**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| CORRY SHIPLEY & MARK SCHULTZ, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BETTENDORF, IOWA, <br><br> Defendant. | CASE NO.: 3:22-cv-47 <br><br><br><br> **JOINT PROPOSED SCHEDULING ORDER** |

The parties propose the following for an initial scheduling order:

1. Plaintiffs will file a Motion for Conditional Certification by November 1, 2022.

2. Defendant shall file any Resistance to Plaintiffs' Motion for Conditional Certification by December 1, 2022.

3. Plaintiffs will file any Reply to their Motion for Conditional Certification by December 15, 2022.

/s/ Kelsey A. W. Marquard
Dorothy A. O'Brien
Kelsey A.W. Marquard
O'Brien & Marquard, P.L.C.
2322 East Kimberly Road, Suite 140S
Davenport, IA 52807
dao@emprights.com
kawm@emprights.com
ATTORNEYS FOR PLAINTIFFS

/s/ Jason M. Craig

Jason M. Craig (AT0001707)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: (515) 243-7611
Facsimile: (515) 243-2149
Email: jcraig@ahlerslaw.com
ATTORNEYS FOR DEFENDANT
CITY OF BETTENDORF, IOWA