UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN IOWA
DAVENPORT DIVISION

| | |
|---|---|
| CORRY SHIPLEY and MARK SCHULTZ, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BETTENDORF, IOWA,<br><br>Defendant. | 3:22-CV-00047-RGE-HCA<br><br>INITIAL SCHEDULING ORDER |

An initial scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on October 3, 2022. Based on the discussions during the conference and the parties' proposed schedule, it is hereby ordered:

1.      Plaintiffs shall file a Motion for Conditional Certification by November 1, 2022.

2.      Defendant shall file any Resistance to Plaintiffs' Motion for Conditional Certification by December 1, 2022.

3.      Plaintiffs shall file any Reply to Defendant's Resistance to Plaintiffs' Motion for Conditional Certification by December 15, 2022.

Once the Motion for Conditional Certification is ruled on, the Court will set additional pretrial and trial dates.

IT IS SO ORDERED.

DATED October 13, 2022.

Helen C. Adams
Chief U.S. Magistrate Judge