**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

| | |
|---|---|
| CORRY SHIPLEY & MARK SCHULTZ, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BETTENDORF, IOWA, <br><br> Defendant. | CASE NO.: 3:22-cv-00047-RGE-WPK <br><br> **JOINT MOTION TO APPROVE COLLECTIVE ACTION SETTLEMENT** |

The parties, Plaintiffs Corry Shipley and Mark Schultz ("Named Plaintiffs") and Defendant City of Bettendorf, Iowa ("the City"), hereby move the Court to approve their collective action settlement and enter judgment dismissing this action with prejudice. In support, the parties state as follows:

1. On July 11, 2022, Plaintiffs Corry Shipley and Mark Schultz filed this action against the City on behalf of themselves and similarly situated employees to recover unpaid wages and overtime. ECF No. 1-2. Count I of the Petition was brought as a putative collective action under the Fair Labor Standards Act, 29 U.S.C. § 216(b). Count II was brought as a putative class action under the Iowa Wage Payment Collection Law, Iowa Code chapter 91A. Both claims are based on the allegation that, beginning July 1, 2020, the City improperly failed to factor in on-call pay when determining the Plaintiffs' overtime rate and when paying compensatory time. ECF No. 1-2 at ¶¶ 25-26, 33, 37-39.

2. The Court has certified the following FLSA collective:

All current and former hourly employees of the City of Bettendorf, Iowa working in the sewer/storm water department, the street department, or performing snow

removal work, who were paid overtime during a week the employee received pay to be on-call during the period of July 1, 2020 through July 1, 2022.

ECF Nos. 20, 59.

3. A total of forty-one Plaintiffs, including the Named Plaintiffs, have opted-in to the collective ("the FLSA Collective").

4. The Named Plaintiffs and the City have negotiated at arm's length a Settlement Agreement to resolve the claims of the FLSA Collective. A copy of the fully executed Settlement Agreement is attached as Exhibit 1.

5. A Rule 23 class has not been certified with respect to Count II, and the parties are not seeking a class action settlement of those claims.

6. Pursuant to the Settlement Agreement, the City will pay the FLSA Collective the full amount of overtime premium attributable to on-call pay that Plaintiffs contend should have been paid in those weeks where Plaintiffs were paid overtime and also received on-call pay ($4,145.43), plus an identical amount ($4,145.43) for liquidated damages.

7. The City will also pay Plaintiffs' counsel attorney fees and expenses in the amount of $15,730.00, which represents the actual attorney fees and expenses incurred by Plaintiffs' counsel up to the point of the parties' settlement.

8. In exchange for these payments, the FLSA Collective will release the City from all claims brought or that could have been brought in this action, and will stipulate to a judgment dismissing this action with prejudice.

9. The parties have filed, and incorporate by reference herein, a brief in support of this motion. As set forth therein, the parties' Settlement Agreement resolves a bona fide dispute and is fair and equitable to all parties. Accordingly, the Court should approve the settlement.

10. The parties have also filed for the Court's consideration a proposed order approving the Settlement Agreement and entering judgment dismissing this action with prejudice.

WHEREFORE, the parties request that the Court grant their Joint Motion for Approval of Collective Action Settlement.

| | |
|---|---|
| */s/ Kelsey A.W. Marquard* | */s/ Jason M. Craig* |
| Kelsey A.W. Marquard | Jason M. Craig (AT0001707) |
| O'BRIEN & MARQUARD, P.L.C. | AHLERS & COONEY, P.C. |
| 2322 East Kimberly Road, Suite 140S | 100 Court Avenue, Suite 600 |
| Davenport, IA 52807 | Des Moines, Iowa 50309-2231 |
| 563-355-6060 Telephone | Telephone: (515) 243-7611 |
| 563-355-6666 Facsimile | Facsimile: (515) 243-2149 |
| kawm@emprights.com | Email: jcraig@ahlerslaw.com |
| ATTORNEY FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT |
| | CITY OF BETTENDORF, IOWA |