# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

CORRY SHIPLEY and MARK SCHULTZ, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

CITY OF BETTENDORF, IOWA,

    Defendant,

CIVIL NO.: 3:22-cv-00047-RGE-WPK

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

The action is dismissed with prejudice in accordance with the Settlement Agreement, binding Plaintiffs (including each member of the FLSA Collective) and Defendant. The Court shall retain jurisdiction over this matter for purposes of supervising the implementation and enforcement of the Parties' Settlement Agreement.

Date: May 23, 2024

                              CLERK, U.S. DISTRICT COURT

                              /s/ Kandy Sands

                              By: Deputy Clerk